Jesse Dewayne WICKLIFFE *v.* STATE of Arkansas

TEN 96-108                                        953 S.W.2d 60

Supreme Court of Arkansas
Opinion delivered October 23, 1997

*John Wesley Hall*, for appellant's counsel, A. Wayne Davis.

No response.

PER CURIAM. On October 2, 1997, we issued an order for A. Wayne Davis, counsel for the appellant, to appear before this court at 9:00 a.m., Thursday, October 16, 1997, to show cause why he should not be held in contempt of this court for his failure to perfect appellant Wickliffe's appeal in a timely manner.

A. Wayne Davis appeared with his attorney, John Wesley Hall, on October 16, 1997. At that time, he entered a plea of

not guilty and requested a hearing. Therefore, we appoint the Honorable Robert H. Dudley as a master to conduct the hearing. After the hearing, we direct the master to make findings of fact and file them with the court. Upon receiving the master's findings, we will decide whether A. Wayne Davis should be held in contempt.